DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUVENCIO RODRIGUEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0452 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) | Date: May 23, 2011 |
| JUVENCIO RODRIGUEZ-MARTINEZ, | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 16, 2011, **may be continued to May 23, 2011, at 9:00 a.m.** for a change of plea and sentencing.

This reason for the continuance is because counsel is awaiting receipt of the presentence investigation report and further plea negotiations. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: May 11, 2011           By:   /s/ *Ian Garriques*
                                    IAN GARRIQUES
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED: May 11, 2011           By:   /s/ *Ann H. Voris*
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Juvencio Rodriguez-Martinez


**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

Dated:   May 11, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE